# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## AT COVINGTON

| | |
|---|---|
| **RONALD KEITH HOUSTON**, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:17-CV-00145-WOB-JGW |
| **AMAZON.COM, LLC**, | ) |
| Defendant. | ) ***ELECTRONICALLY FILED*** |

## MOTION TO CONTINUE

Comes now the Plaintiff, Ronald Keith Houston, by and through counsel, and hereby requests this Court for a continuance of the hearing set for October 11, 2017 on the following grounds:

1. Plaintiff's counsel is scheduled for a medical procedure that cannot be rescheduled;

2. Defendant has offered Plaintiff an unconditional return to work; and,

3. Both parties are attempting to resolve the remaining issues without incurring any further litigation expense.

Respectfully submitted,

*/s/ N. Jeffrey Blankenship*
N. Jeffrey Blankenship, Esq. (05795)
Monohan & Blankenship
7711 Ewing Boulevard, Suite 100
Florence, KY 41042
859-283-1140
859-283-5155 (fax)
jeff@kyattys.com

*/s/ Randy J. Blankenship*
Randy J. Blankenship
Blankenship Massey & Associates
504 Erlanger Road
Erlanger, KY 41018
859-426-9000
859-426-9001 (fax)
rblankenship@nkylawyers.com

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that this 10th day of October, 2017, I mailed and/or faxed a copy of the foregoing to all involved parties or their attorney of record.

*/s/ N. Jeffrey Blankenship*
cc:  Jay Inman, Esq.
     Littler Mendelson, PSC
     333 West Vine Street, Suite 1720
     Lexington, KY 40507
     jinman@littler.com

     C. Eric Stevens, Esq.
     Littler Mendelson, PSC
     333 Commerce Street, Suite 1450
     Nashville, TN 37201
     estevens@littler.com

\at_winword\blankenship\emp.law\houston, ronald 17-171\motion to continue 10-10-17